UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
vs.

CLAY H. ROJAS
Defendant.

**Filed**

SEP 2 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Case Number
CR 10-00931-LHK

ORDER - CJA CONTRIBUTION(s) DUE

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

IT IS HEREBY ORDERED THAT:

[✓] THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ 300 PER MONTH, until the case is concluded or until further order of the Court, commencing: 10/28/11

    [✓] That certain date of __28th day__ and the SAME DAY each month thereafter;

    [ ] The first day of _____ and the FIRST DAY of each month thereafter;

    [ ] MAIL TO:    Clerk, U. S. District Court
                                280 South First Street, Room 2112
                                San Jose, CA. 95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

*Payments continue on the 28th day of each month until there is a material change in Defendant's employment or income.*

[ ] THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

    [ ] That certain date of _____;

    [ ] MAIL TO:    Clerk, U. S. District Court
                                280 South First Street, Room 2112
                                San Jose, CA. 95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

DATED: 9/22/11

*Lucy H. Koh*

~~PATRICIA V. TRUMBULL~~, U. S. ~~MAGISTRATE~~ JUDGE
LUCY H. KOH    DISTRICT

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72